IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **1:24-mj-00022  SKO** |
| | ) | |
| Plaintiff, | ) | Case No. 24-mj-08038-TJJ |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY VIGIL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

On motion of counsel for the Government, good cause appearing therefore, IT IS ORDERED that the Complaint filed in this case on 14 February 2024, be unsealed.

Date: February 20, 2024

_____
HONORABLE TERESA J. JAMES
UNITED STATES MAGISTRATE JUDGE